UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DALE ALLEN FORD,

    Defendant.

Case: 1:20-cr-20154
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 03-11-2020 At 01:29 PM
SEALED MATTER (krc)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### (18 U.S.C. §§ 13, 1151, 1152 and M.C.L. 750.540(4))
### (Interfering with Electronic Communications)

On or about February 16, 2020, in the Northern Division of the Eastern District of Michigan, within Indian country, as defined in 18 U.S.C. § 1151, that is, the Isabella Reservation, Dale Allen Ford, a non-Indian, willfully and maliciously prevented, obstructed and delayed by any means the sending, conveyance or delivery of an authorized communication, by or through a telephone, telephone line or another medium of electronic communication by H.J., an Indian, in violation of Michigan Complied Law 750.540(4) and Title 18 United States Code, §§ 13 and 1152.

## COUNT TWO
## (18 U.S.C. §§ 113(a)(4), 1151 and 1152)
## (Assault by Striking, Beating or Wounding)

On or about February 16, 2020, in the Northern Division of the Eastern District of Michigan, within Indian country, as defined in 18 U.S.C. § 1151, that is, the Isabella Reservation, Dale Allen Ford, a non-Indian, did assault by striking, beating and wounding, H.J., an Indian and his intimate partner, in violation of 18 U.S.C. §§ 113(a)(4), 1151 and 1152.

Dated: March 11, 2020

THIS IS A TRUE BILL

s/Grand Jury Foreperson
GRAND JURY FOREPERSON

MATTHEW SCHNEIDER
United States Attorney

s/ Roy R. Kranz
ROY R. KRANZ
Assistant U.S. Attorney
101 First Street, Suite 200
Bay City, Michigan 48708-5747
(989) 895-5712
roy.kranz@usdoj.gov
P56903

s/Anthony P. Vance
ANTHONY P. VANCE
Assistant U.S. Attorney
Chief, Branch Offices

Companion Case information MUST be completed by AUSA and initialed

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

**Companion Case Information**

This may be a companion case based upon LCrR 57.10 (b)(4)[1]:

☐ Yes    x No

Case: 1:20-cr-20154
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 03-11-2020 At 01:29 PM
SEALED MATTER (krc)

Case Title: USA v.   Dale Allen Ford

County where offense occurred:   Isabella

Check One:   X Felony       __ Misdemeanor       __ Petty

    __X__Indictment/____Information ---   **no** prior complaint.
    _____Indictment/____Information ---   based upon prior complaint [ ]
    _____Indictment/____Information ---   based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

Superseding to Case No: _____   Judge: _____

    ☐   Corrects errors; no additional charges or defendants.
    ☐   Involves, for plea purposes, different charges or adds counts.
    ☐   Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

Date:   March 11, 2020

Roy R. Kranz
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone:   989-895-5712
Fax: 989-895-5790
E-Mail address: roy.kranz@usdoj.gov
Attorney Bar #:   P56903

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.